IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 0:07-925-JFA |
| --- | --- | --- |
| v. | ) ) ) | ORDER |
| GEORGE JAKE KILLIAN, JR. | ) ) ) | |

This matter is before the court on defendant's motion to compel the government to move for a reduction of his sentence for substantial assistance pursuant to Rule 35(b).

The United States Attorney is respectfully requested to file a memorandum setting forth the government's position as to the defendant's motion within thirty (30) days from the date of this order.

IT IS SO ORDERED.

September 7, 2010  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge